1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

10

11

12

13

14

15

| DANA LUCE, | Civil No.  C10-5912-JCC-MAT |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EXTENSION OF TIME TO FILE AN ANSWER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

16

17

18

19

20

21

22

23

        Based on Defendant's Motion, and that Plaintiff's Counsel has no opposition, it is hereby

ORDERED that the Answer Due Date shall be amended as follows:

        Defendant shall have up to and including May 5, 2011, to file Defendant's Answer.

        DATED this 22nd day of March, 2011.

                        Mary Alice Theiler
                        United States Magistrate Judge

Presented by:

Page 1        ORDER - [C10-5912-JCC-MAT]

s/ Daphne Banay
DAPHNE BANAY, WSB #21537
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, Washington 98104-7075
Telephone:  (206) 615-2113
FAX:  (206) 615-2531
daphne.banay@ssa.gov