UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DANA LUCE,

    Plaintiff,

    v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

CASE NO. C10-5912-JCC-MAT

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of her application for Disability Insurance Benefits by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 27.)

Based on the stipulation of the parties, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order this case REVERSED and REMANDED for further administrative proceedings in order for the Commissioner to issue a fully favorable decision finding plaintiff disabled with an onset date of

REPORT AND RECOMMENDATION
PAGE -1

May 2, 2001.  A proposed order accompanies this Report and Recommendation.

DATED this 8th day of August, 2011.

    /s/MARY ALICE THEILER
Mary Alice Theiler
United States Magistrate Judge