UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANA LUCE, | ) |
| | ) CASE NO. C10-5912-JCC |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) ORDER OF REMAND |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. 27.) It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation (Dkt. No. 28);

(2) The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g) in order for the Commissioner to issue a fully favorable decision finding plaintiff disabled with an onset date of May 2, 2001; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 22nd day of September 2011.

*[signature: John C. Coughenour]*

JOHN C. COUGHENOUR
United States District Judge

ORDER OF REMAND
PAGE -1